848 A.2d 924

**Vernon S. GABRIELSON, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 1, 2004.

### *ORDER*

PER CURIAM:

**AND NOW,** this 1st day of April, 2004, probable jurisdiction is noted and the order appealed is affirmed. The Application To Amend Jurisdictional Statement is denied.